# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OLDE MOHAWK, INC, WARD A. HAMILTON ) <br> and BEVERLY B. COLLINS and ) <br> BEVERLY BELL COLLINS as TRUSTEE OF ) <br> THE COLLINS 2017 TRUST, ) <br> ) <br> Defendants. ) | C.A. NO.: 2023-cv-10863 <br><br> Electronically Filed |

## CORPORATE DISCLOSURE STATEMENT

The Plaintiff, Atain Specialty Insurance Company, submits the following Corporate Disclosure Statement:

1. The filing party, a non-governmental, insurance company, identifies the following parent corporation: AJK Holdings, LLC. Neither the Plaintiff nor AJK Holdings LLC is a publicly held company and no publicly held company owns 10% or more of the stock.

        Respectfully Submitted,
        Atain Specialty Insurance Company
        By Its Attorneys,

        /s/ Matthew W. Perkins_____
        Matthew W. Perkins, No. 6097
        Lecomte, Emanuelson and Doyle
        Batterymarch Park II, One Pine Hill Drive
        Suite 105, Quincy, MA 02169
        (617) 328-1900
        mperkins@lecomtelaw.com

Dated: April 21, 2023