UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>OLDE MOHAWK, INC., WARD A. HAMILTON, BEVERLY B. COLLINS, and BEVERLY BELL COLLINS,<br><br>      Defendants. | Civil Action No. 23-CV-10863-AK |

### SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on July 11, 2023, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within thirty (30) days if settlement is not consummated.

Dated: July 25, 2023                                                        By the Court,

/s/ Miguel Lara
Deputy Clerk